UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEDRIC TURNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. PORTER, et al.,<br><br>　　　　　Defendants. | 1:16-cv-00542-DLB (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE WITHIN 45 DAYS |

　　　　Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On April 18, 2016, Plaintiff filed his complaint along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the application was not signed and certified by an authorized officer, and Plaintiff failed to submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint.

　　　　Accordingly, within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.

///

///

///

1

**Plaintiff is advised that failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **April 20, 2016**                              /s/ Dennis L. Beck
                                                   UNITED STATES MAGISTRATE JUDGE